[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-13984
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 23, 2011
JOHN LEY
CLERK

D.C. Docket No. 8:09-cr-00185-JSM-TBM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MANUEL CAMACHO BARCENAS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(February 23, 2011)

Before HULL, MARTIN and ANDERSON, Circuit Judges

PER CURIAM:

Richard Rosenbaum, appointed counsel for Manuel Camacho Barcenas, in

this direct criminal appeal, has moved to withdraw from further representation of

the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Barcenas's conviction and sentence are **AFFIRMED**.